

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-17-00058-CR

David Alexander **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4390B
Honorable Sid L. Harle, Judge Presiding

# O R D E R

      The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on July 17, 2017.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk